UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

IN RE: 1:17MJ65

## ORDER REDACTING SEARCH AND SEIZURE AFFIDAVIT

UPON MOTION of the United States of America, by and through Jill W. Rose, United States Attorney for the Western District of North Carolina, for an order directing that the photograph of the undercover investigator in the Search and Seizure Affidavit be redacted, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Search and Seizure Affidavit is hereby redacted accordingly until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 25th day of May, 2017.

DENNIS L. HOWELL
UNITED STATES MAGISTRATE JUDGE
WESTERN DISTRICT OF NORTH CAROLINA